No. 1120. MARVEL SPECIALTY Co., INC. v. BELL HOSIERY MILLS, INC. C. A. 4th Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied. *Robert F. Conrad* for petitioner. *Warley L. Parrott* for respondent.

No. 717, Misc. WISE v. BOSLOW, PATUXENT INSTITUTION DIRECTOR. Ct. Sp. App. Md. Certiorari denied. *Francis B. Burch,* Attorney General of Maryland, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent.

No. 973, Misc. McGANN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 983, Misc. AUTREY v. ALABAMA. Sup. Ct. Ala. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark* and *Lloyd G. Hart,* Assistant Attorneys General, for respondent.

No. 1016, Misc. NIX v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1057, Misc. ROWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1059, Misc. GASQUE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondent.